IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK PATT, | ) | |
|           Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 06-CV-5199 |
| CALLAN ASSOCIATES, INC., | ) | |
| | ) | |
|           Defendant. | ) | |

## RULE 41(a)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), and pursuant to a settlement agreement between the parties, the plaintiff, Patrick Patt, hereby submits this joint stipulation of dismissal with prejudice of the above-captioned case. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted this __10__ day of __August__, 2009

Patrick Patt                                          Callan Associates Inc.


By_____          By_____
    One of its attorneys                               One of its attorneys

J. Brian McTigue                                      Paul E. Slater
McTigue & Veis LLP                                    Sperling & Slater, P.C.
4530 Wisconsin Ave., NW, Suite 300                    55 W. Monroe, Suite 3200
Washington, D.C. 20016                                Chicago, Illinois
(202) 364-6900                                        (312) 641-3200

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICK PATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-05199 |
| | ) | The Hon. Charles R. Norgle, Sr. |
| CALLAN ASSOCIATES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of **RULE 41(a)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically with the Court this 10th Day of August 2009, with notice to be sent by operation of the Court's ECF notification system to:

**David A. Novoselsky**
**Leslie Rosen**
David A. Novoselsky & Associates
120 North LaSalle Street
Suite 1400
Chicago, Il 60602
(312) 346-8930
Email: dnovo@novoselsky.com

**Paul Ethan Slater**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312)641-3200
Email: pes@sperling-law.com

**Robert D. Cheifitz**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 368-5930
Email: robc@sperling-law.com

**Matthew T. Slater**
Sperling & Slater, PC
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312)641-3200
Email: mslater@sperling-law.com

**Scott Forrest Hessell**
Sperling & Slater, PC
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312) 641-3200
Email: shessell@sperling-law.com

**Paul A Renne**
Cooley Goodward Kronish LLP
101 California Street
Fifth Floor
San Francisco, CA 94111-5800
(415) 693-2000
shessell@sperling-law.com

By _/s/ David T. Bond_
**McTigue & Veis LLP**
4530 Wisconsin Ave., NW
Suite 300
Washington, DC 20016
202-364-6900